

# IN THE
# TENTH COURT OF APPEALS

### No. 10-20-00063-CV

### EX PARTE S.C.K.

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 19-003523-CV-272**

## MEMORANDUM OPINION

Appellant, the Texas Department of Public Safety, has filed a motion to dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Dismissal of this appeal would not prevent another party from seeking relief to which it would otherwise be entitled. *See id.* Appellant's motion to dismiss is therefore granted, and this appeal is dismissed.

The "Joint Motion for Abatement" filed by the parties on October 14, 2021, is dismissed as moot.

MATT JOHNSON
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Dismissed
Opinion delivered and filed June 1, 2022
[CV06]

